IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:06-CV-00075-W

| | |
|---|---|
| ROBERT P. SARTIN, SR.; ROBERT P. SARTIN, JR.; MARIE M. MCGINNESS SARTIN; TED GRIFFIN; G. DONALD LAYNO; JOHN MICHAEL WILSON; RONALD FRAHM; SHARON FRAHM; DOUG CLINE; EDWARD L. SARTIN; EDWARD A. SARTIN; CHRISTOPHER T. SARTIN; SARTIN SERVICES, INC.; and RICHARD SARTIN, <br><br> Plaintiffs-Appellees, <br><br> vs. <br><br> JOHN D. MACIK, <br><br> Defendant-Appellant. | ORDER |

THIS MATTER is before the Court on remand following the opinion and mandate of the United States Court of Appeals for the Fourth Circuit, Sartin v. Macik, 535 F.3d 284 (4th. Cir. 2008), which reversed this Court's order awarding summary judgment to Plaintiffs. For the reasons stated in Sartin v. Macik, 535 F.3d 284 (4th Cir. 2008), the decision of the bankruptcy court that was appealed to this Court is REVERSED. This case is hereby REMANDED to the bankruptcy court for proceedings consistent with the Fourth Circuit's opinion. The Clerk is DIRECTED to send a copy of this Order to the appropriate bankruptcy court personnel and also to CLOSE the case.

IT IS SO ORDERED.

Signed: September 4, 2008

Frank D. Whitney
United States District Judge