# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Robert P. Sartin, et al,

    Plaintiff(s),                     JUDGMENT IN A CIVIL CASE

vs.                                    3:06-CV-75

John D. Mack,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 9/4/2008 Order.

Signed: September 5, 2008

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court